Bradley Bellisario, Esq.
Nevada Bar No. 13452
BELLISARIO LAW
2945 N Martin L King Blvd.
North Las Vegas, NV 89032
T: (702) 936-4800
F: (702) 936-4801
E: bradb@bellisariolaw.com
*Attorney for Plaintiff Jose Talavera*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| Jose Talavera, An individual residing in Nevada, | ) ) ) | |
| Plaintiff, | ) ) | Case No.:     2:16-cv-01382-JCM-VCF |
| Vs. | ) ) | |
| Sysco Corporation, et al, | ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS
### (First Request)

Plaintiff, Jose Talavera, by and through his undersigned counsel, hereby respectfully requests an extension of time of fourteen (14) days to respond to DEFENDANTS SYSCO CORPORATION'S AND SYSCO FOOD SERVICE OF LAS VEGAS' MOTION FOR JUDGMENT ON THE PLEADINGS.  Counsel for Plaintiff has consulted with Counsel for Defendant who has consented to the relief requested herein.

1.     On June 17, 2016, Plaintiff filed his Complaint in this case.  See Docket Entry ("D.E.") 1. The Complaint alleges employment discrimination which violates Title VII of the Civil Rights Act of 1964 and N.R.S. 613.330.

2.     On September 7, 2016, Defendant filed their Answer to Plaintiff's Complaint.  See Docket Entry ("D.E.") 6.

3.     On September 28, 2016, Defendant filed their Motion for Judgment on the Pleadings.  See Docket Entry ("D.E.") 14.

4.     Under the Federal Rule of Civil Procedure and LR 7-2, Plaintiff's response to the Motion for Judgment on the Pleadings would be October 17, 2016.

5.     On October 7, 2016, Bradley Bellisario, Esq., Counsel for Plaintiff, conferred with Dustin M. Dow, Esq., Counsel for Defendant, regarding the timing of Plaintiff's response to the Motion for Judgment on the Pleadings.  Counsel for Defendant consented to Plaintiff's request to enlarge the time for filing the response by fourteen (14) days, which would make the new deadline October 31, 2016.

6.     Pursuant to FRCP 6(b)(1), the Court may, for good cause, extend the time with or without motion before the original time expires to respond to a motion.

7.     The relief requested herein is for good cause and will not result in undue delay in the administration of this case.  The Motion for Judgment on the Pleadings raises complex issues of law.  An enlargement of time for filing Plaintiff's response is necessary due to Plaintiff's Counsel's workload and need to confer with Plaintiff.

/ / /

/ / /

/ / /

/ / /

1    8.    No other enlargements of time have been previously requested in this case.  No dates have

2  been set for a pre-trial conference or trial.  An Early Neutral Evaluation Session has been set for

3  November 10, 2016.

4         IN WITNESS WHEREOF, Plaintiff respectfully requests a fourteen (14) day enlargement

5  of time, up to and including, October 31, 2016, for Plaintiff to respond to Defendant's Motion for

6  Judgment on the Pleadings.

7
         DATED this 11th day of October, 2016.
8
                                          Submitted by:  __/s/  Bradley Bellisario_____
9                                                        BRADLEY BELLISARIO, ESQ.
                                                         Nevada Bar No. 13452
10                                                       2945 N Martin L King Blvd
                                                         North Las Vegas, NV 89032
11                                                       *Attorney for Plaintiff Jose Talavera*

12

13

14                                        IT IS SO ORDERED:

15

16                                        UNITED STATES MAGISTRATE JUDGE

17                                                       October 14, 2016
                                          DATED: _____

18

19

20

21

22

23

24

25

1

<u>**CERTIFICATE OF SERVICE**</u>

2

      I certify I am an employee of Bellisario Law, LLC, and that on this 11th day of October,

3

2016, I caused to be deposited for mailing a copy of the foregoing **PLAINTIFF'S UNOPPOSED**

4

**MOTION FOR EXTENTION OF TIME TO RESPONSD TO DEFENDANT'S MOTION**

5

**FOR JUDGMENT ON THE PLEADINGS**, addressed as follows:

6

Marquis Aurbach Coffing         Baker Hostetler

7

Jason M. Gerber, Esq.           Jeffrey R. Vlasek, Esq.
10001 Park Run Drive            Dustin M. Dow

8

Las Vegas, Nevada 89145        Key Tower
                                   127 Public Square, Suite 2000

9

                                   Cleveland, Ohio 44114-1412

10

11

                           /s/ Bradley Bellisario

                        An Employee of Bellisario Law, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25