**Marquis Aurbach Coffing**
Jason M. Gerber, Esq.
Nevada Bar No. 9812
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
jgerber@maclaw.com

**BakerHostetler, LLP**
Jeffrey R. Vlasek, Esq. (pro hac vice)
Dustin M. Dow, Esq. (pro hac vice)
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114-1412
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
jvlasek@bakerlaw.com
ddow@bakerlaw.com
  *Attorneys for Defendants, Sysco Corporation*
  *and Sysco Food Services of Las Vegas*

**Bellisario Law**
Bradley Bellisario, Esq.
Nevada Bar No. 13452
2045 N. Martin L. King Blvd.
Las Vegas, Nevada 89032
Telephone: (702) 936-4800
Facsimile: (702) 936-4801
brad@bellisariolaw.com
  *Attorney for Plaintiff, Jose Talavera*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE TALAVERA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SYSCO CORPORATION, et al,<br><br>　　　　　Defendants. | Case No.:　2:16-cv-01382-JCM-VCF |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff Jose Talavera, by and through his counsel of record, Bradley Bellisario, Esq., of the law firm of Bellisario Law, and Defendants Sysco Corporation and Sysco Food Services of Las Vegas, by and through their counsel of record, Jason M. Gerber, Esq., of the law firm of

MAC:14540-001 2966989_1 12/16/2016 3:21 PM

Marquis Aurbach Coffing (and) Jeffrey H. Vlasek, Esq. and Dustin M. Dow, Esq., of the law firm of BakerHostetler, LLP, hereby stipulate as follows:

1. Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), and in accordance with the parties' agreement to resolve the case, that the above-captioned action shall be dismissed with prejudice; and

2. Each party shall bear their own attorney's fees and costs.

Dated this 16th day of December, 2016

**BELLISARIO LAW**

By: /s/ Bradley Bellisario, Esq.
Bradley Bellisario, Esq.
Nevada Bar No. 13452
2045 N. Martin L. King Blvd.
Las Vegas, Nevada 89032
Tel: (702) 936-4800
Attorney for Plaintiff, Jose Talavera

Dated this 16th day of December, 2016

**MARQUIS AURBACH COFFING**

By: /s/ Jason M. Gerber, Esq.
Jason M. Gerber, Esq.
Nevada Bar No. 9812
10001 Park Run Drive
Las Vegas, Nevada 89145
Tel: (702) 382-0711

**BakerHostetler, LLP**
Jeffrey R. Vlasek, Esq. (pro hac vice)
Dustin M. Dow, Esq. (pro hac vice)
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114-1412
Telephone: (216) 621-0200

*Attorneys for Defendants,
Sysco Corporation and
Sysco Food Services of Las Vegas*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: January 6, 2017